IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INNA BREZ** | : Civil No. 1:14-cv-1245 |
| **Plaintiff,** | : |
| v. | : |
| **SECRETARY OF VETERANS AFFIARS ROBERT A MCDONALD** | : |
| **Defendant.** | : Judge Sylvia H. Rambo |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (Doc. 20) is **GRANTED**. The Clerk of Court is directed to close this case.

                                                s/Sylvia Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge

Dated: October 5, 2017